UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2019 FEB -5 AM 10: 31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL S. CLARK, JR.<br><br>Defendant. | CASE NO. 2:19-cr-34<br><br>JUDGE  Judge Marbley<br><br>INDICTMENT<br><br>18 U.S.C. § 871 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(Threats Against the President of the United States)

On or about January 27, 2017, in the Southern District of Ohio, **MICHAEL S. CLARK, JR.**, the defendant, did knowingly and willfully deposit for conveyance in the mail and for delivery by a letter carrier, a letter, paper, writing and document containing a threat to take the life of the President of the United States, specifically, to travel to Washington D.C. and kill the President with a rifle.

In violation of 18 U.S.C. § 871.

A TRUE BILL

<u>s/ Foreperson</u>
**FOREPERSON**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

BRENDA S. SHOEMAKER, (0041411)
Assistant United States Attorney